UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JONATHAN FRANCONA,
        Plaintiff,

        v.

ROBERT JOHN VALENTINE,
A/K/A BOBBY VALENTINE,
    Defendant.

C.A. No. 12-11179-RWZ

## MEMORANDUM AND ORDER FOR DISMISSAL

ZOBEL, D.J.

      On June 29, 2012, Plaintiff Jonathan Francona ("Francona") filed a Motion for a Temporary Restraining Order/Preliminary Injunction against the manager of the Boston Red Sox. On July 2, 2012, this Court issued a Memorandum and Order (Docket No. 4) denying the motion and directing Francona to demonstrate good cause in writing within 35 days why this action should not be dismissed for lack of subject matter jurisdiction.

      To date, Francona has failed to file any show cause response, and the time period for doing so has expired.

      Accordingly, for the reasons set forth in the Memorandum and Order (Docket No. 4), and for the failure to comply with the directives of this Court, this action is hereby Ordered DISMISSED.

SO ORDERED.

September 25, 2012                     /s/ Rya W. Zobel
DATE                                      RYA W. ZOBEL
                                             UNITED STATES DISTRICT JUDGE